1  SANDRA R. BROWN
   Acting United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
4  ROBYN-MARIE LYON MONTELEONE
   Assistant United States Attorney
5  Chief, General Civil Section
6  PAUL SACHELARI, CSBN 230082
7  Special Assistant United States Attorney
        Social Security Administration
8       160 Spear St., Suite 800
9       San Francisco, CA 94105
        Telephone: (415) 977-8933
10      Facsimile: (415) 744-0134
11      Email: paul.sachelari@ssa.gov
12 Attorneys for Defendant

13          UNITED STATES DISTRICT COURT
14          CENTRAL DISTRICT OF CALIFORNIA
                   EASTERN DIVISION
15

16 LUZ I. RODRIGUEZ,                )   No. 5:16-cv-01696-E
                                    )
17          Plaintiff,              )   [PROPOSED]
                                    )   ORDER AWARDING EAJA FEES
18          v.                      )
                                    )
19 NANCY A. BERRYHILL, Acting       )
   Commissioner of Social Security, )
20                                  )
21          Defendant.              )
                                    )
22 _____)

23      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
24      IT IS ORDERED that EAJA fees are awarded in the amount of FOUR
25 THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($4,600.00) and FOUR
26 HUNDRED AND 00/100 DOLLARS ($400.00) in costs, subject to the terms of the
27 stipulation.
28
   DATED: 8/14/17                    _____
                                     HON. CHARLES F. EICK
                                     UNITED STATES MAGISTRATE JUDGE